1   ROTHNER, SEGALL & GREENSTONE
    ANTHONY R. SEGALL (CSB #101340)
2   E-Mail: asegall@rsglabor.com
    MICHELE SHERER ANCHETA (CSB #192039)
3   E-Mail: mancheta@rsglabor.com
    510 South Marengo Avenue
4   Pasadena, California  91101-3115
    Telephone:   (626) 796-7555                    JS - 6
5   Facsimile:    (626) 577-0124

6   Attorneys for Plaintiffs

7

8                   UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11
     ANA M. HANSON, for and on behalf of       CASE NO.  CV 12-4561 R (SPx)
12   Southern California Painting & Drywall
     Industries Health & Welfare Fund,          Honorable Manuel L. Real
13   Southern California Painting & Drywall
     Industry Vacation Trust Fund, Southern
14   California Painting and Decorating Labor
     Management Cooperation Committee           ORDER AND JUDGMENT
15   Trust Fund, and Southern California
     Painting & Drywall Industries
16   Apprenticeship Trust Fund; and GARY J.
     MEYERS, for and on behalf of
17   International Painters and Allied Trades    DATE: April 15, 2013
     Industry Pension Fund ("IUPAT Industry     TIME: 10:00
18   Pension Fund"),                            CRT: 8

19                           Plaintiffs

20          v.

21   D.E. SMITH COMPANY and DOES 1-
     10,
22
                             Defendants.
23

24

25          Plaintiff's Motion for Default Judgment against defendant D.E. Smith

26   Company ("D.E. Smith") came on regularly for hearing on April 15, 2013, the

27   Honorable Manuel Real, judge presiding

28

                                      1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant D.E. Smith Company permit the Southern California Painting & Drywall Industries Trust Funds to audit its business records from March 10, 2010 to present.


DATED: _April 19, 2013_          _____

                                    HON. MANUEL L. REAL

                    .

2